Priority —
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3 —
Scan Only —

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES KINGAN,                    ) Case No. CV 07-3246-SGL (PJW)
                                 )
         Plaintiff,              )
                                 ) J U D G M E N T
    v.                           )
                                 )
DR. ONGLAO, et al.,              )
                                 )
         Defendants.             )

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:  1-23-08

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\KINGAN\Judgment.wpd